IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY ROBINSON,

    Plaintiff,

v.                                                                     4:21cv178–WS/HTC

KILOLO KIJAKAZI, Acting
Commissioner, Social
Security Administration,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (ECF No. 19) docketed February 16, 2022. The magistrate judge recommends that the Commissioner's motion to dismiss for lack of jurisdiction be granted. Plaintiff has filed objections and amended objections (ECF No. 20 & 23) to the magistrate judge's report and recommendation. The Commissioner has filed a reply (ECF No. 24).

Having reviewed the administrative record as well as the parties' submissions, the court adopts the magistrate judge's report and recommendation. Like the magistrate judge, the undersigned finds that this action must be dismissed for lack of subject matter jurisdiction.[1]

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 19) is ADOPTED and incorporation by reference into this order.

2. This case is hereby DISMISSED for lack of subject matter jurisdiction.

3. The clerk shall enter judgment, stating: "All claims are dismissed."

4. The clerk shall close the case.

DONE AND ORDERED this   17th   day of   March  , 2022.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The court has not considered Plaintiff's due process argument, which was raised for the first time in his objections to the magistrate judge's report and recommendation.